UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC R. BAHE, Custodian, CGM
Roth Conversion IRA
    Plantiff,        )
                          )
  V                        )
                          )    CA 04- 11195-JLT
FRANKLIN/TEMPLETON DISTRIBUTORS)
et al   AND                    )
FRANKLIN BALANCE SHEET         )
INVESTMENT FUND,
    Defendants.

ORDER

July 14, 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

*[signature]*
United States District Judge