# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No. <u>04-cv-11195 JLT</u>

Title: **Bahe v. Franklin/Templeton Distributors et al**

# N O T I C E

Please take notice that the above-entitled case previously assigned to Judge <u>**Tauro**</u> has been transferred to Judge <u>**Wolf**</u> for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials **MLW.**

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   <u>Kimberly M. Abaid</u>
      Deputy Clerk

Date: <u>July 16, 2004</u>

____   Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

____   Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(In-House re-assign-recusal.wpd - 12/98)                              [ntccsasgn.]