UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II, LEONARD RUBIN, and WILLIAM J. LIPPMAN,<br><br>　　　　　Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>　　　　　Nominal Defendant. | Civil Action No. 04-11195 (MLW) |

## NOTICE OF APPEARANCE OF STUART M. GLASS ON BEHALF OF DEFENDANTS FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II AND LEONARD RUBIN

Pursuant to Local Rule 83.5.2, please enter the appearance of Stuart M. Glass in the above-captioned matter on behalf of Defendants Frank T. Crohn, Burton J. Greenwald, Charles Rubens II and Leonard Rubin.

Respectfully submitted,

FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II AND LEONARD RUBIN

By their attorneys,

*/s/ Stuart M. Glass*
James S. Dittmar, PC (BBO# 126320)
Stuart M. Glass (BBO# 641466)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 7/19/04.

Dated: July 19, 2004

LIBA/1395754.1