UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ERIC R. BAHE, Custodian, CGM Roth
Conversion IRA,

       Plaintiff,

v.

FRANKLIN/TEMPLETON DISTRIBUTORS,
INC., FRANK T. CROHN, BURTON J.
GREENWALD, CHARLES RUBENS II,
LEONARD RUBIN, and WILLIAM J.
LIPPMAN,

       Defendants, and

FRANKLIN BALANCE SHEET
INVESTMENT FUND,

       Nominal Defendant.

Civil Action No. 04-11195 (MLW)

## NOTICE OF APPEARANCE OF JAMES S. DITTMAR, P.C. ON BEHALF OF DEFENDANTS FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II AND LEONARD RUBIN

Pursuant to Local Rule 83.5.2, please enter the appearance of James S. Dittmar, P.C. in the above-captioned matter on behalf of Defendants Frank T. Crohn, Burton J. Greenwald, Charles Rubens II and Leonard Rubin.

Respectfully submitted,

FRANK T. CROHN, BURTON J.
GREENWALD, CHARLES RUBENS II
AND LEONARD RUBIN

By their attorneys,

*/s/ James S. Dittmar*

James S. Dittmar, P.C. (BBO# 126320)
Stuart M. Glass (BBO# 641466)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: July 19, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/19/04.

*/s/*

LIBA/1395552.1