UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>　　　　　Plaintiff,<br>　　v.<br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II, LEONARD RUBIN, and WILLIAM J. LIPPMAN,<br>　　　　　Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>　　　　　Nominal Defendant. | Civil Action No. 04-11195-MLW |

**STIPULATION AND ORDER FOR EXTENSION OF TIME AND BRIEFING SCHEDULE**

It is hereby stipulated and agreed by and between plaintiff Eric R. Bahe and defendants Franklin/Templeton Distributors, Inc., Frank T. Crohn, Burton J. Greenwald, Charles Rubens II, Leonard Rubin and William J. Lippman that the time within which the defendants may respond to plaintiff's complaint by answer, motion or otherwise shall be extended and enlarged to and including August 18, 2004 and that if defendants file a motion to transfer venue, they shall not move to stay proceedings or seek a further extension of time to respond to the complaint due to the pendency of such motion. Further, if defendants move to dismiss the complaint, plaintiff shall have until September 24, 2004 to serve an opposition and defendants shall have until October 20, 2004 to serve reply briefs.

Defendants expressly reserve and do not waive any defenses to the complaint.

Respectfully submitted,

ERIC R. BAHE, CUSTODIAN, CGM ROTH
CONVERSION IRA

By his attorneys,

*Ed Haber/dMH by agreement*
Edward F. Haber
Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, MA  02109
(617) 439-3939

Respectfully submitted,

FRANKLIN/TEMPLETON DISTRIBUTORS,
INC. AND WILLIAM J. LIPPMAN

By their attorneys,

*Daniel Pollack/dMH by agreement*
Daniel A. Pollack
Martin I. Kaminsky
Anthony Zaccaria
Edward T. McDermott
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY  10036-8295
(212) 575-4700


FRANK T. CROHN, BURTON J.
GREENWALD, CHARLES RUBENS II AND
LEONARD RUBIN

By their attorneys,

*Stuart M. Glass*
James S. Dittmar, PC (BBO# 126320)
Stuart M. Glass (BBO# 641466)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated:  July 19, 2004


SO ORDERED: _____
              Wolf, J.

## CERTIFICATE OF SERVICE

I, Francis G. Kelleher, hereby certify that on July 19, 2004, a true and accurate copy of the foregoing Stipulation of Extension of Time was served by First Class Mail, postage prepaid, to:

Edward F. Haber
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, MA  02109
(617) 439-3939


Daniel A. Pollack
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY  10036-8295
(212) 575-4700

_____
Francis G. Kelleher