UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II, LEONARD RUBIN, and WILLIAM J. LIPPMAN,<br><br>Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>Nominal Defendant. | Civil Action No. 04-11195 (MLW) |

## NOTICE OF APPEARANCE OF DANIEL A. POLLACK ON BEHALF OF DEFENDANTS FRANKLIN/TEMPLETON DISTRIBUTORS, INC. AND WILLIAM J. LIPPMAN

Pursuant to Local Rule 83.5.2, please enter the appearance of Daniel A. Pollack in the above-captioned matter on behalf of Defendants Franklin/Templeton Distributors, Inc. and William J. Lippman.

Respectfully submitted,

FRANKLIN/TEMPLETON DISTRIBUTORS, INC. and WILLIAM J. LIPPMAN

By their attorneys,

Daniel A. Pollack
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY 10036-8295
(212) 575-4700

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____

Dated: July 19, 2004