United States District Court

```
_____
                                   :
Eric R. Bahe, Custodian, CGM Roth  :
Conversion IRA,                    :
                                   :   Civil Action No.
              Plaintiff,           :   04-11195 MLW
                                   :
       -against-                   :
                                   :
Franklin/Templeton Distributors,   :
Inc., Frank T. Crohn, Burton J.    :
Greenwald, Charles Rubens II,      :
Leonard Rubin, and William J.      :
Lippman,                           :
                                   :
              Defendants,          :
       -and-                       :
                                   :
Franklin Balance Sheet Investment  :
Fund,                              :
                                   :
              Nominal Defendant.   :
                                   :
_____:
```

**Franklin/Templeton Distributors, Inc.'s**
**Statement Pursuant to Local Rule 7.3**

Pursuant to Local Rule 7.3, the undersigned counsel, on behalf of Franklin/Templeton Distributors, Inc., states that Franklin/Templeton Distributors, Inc. is a wholly owned subsidiary (100%) of Franklin Resources, Inc. which is a public company.

Dated:  July 16, 2004

Respectfully submitted,

Franklin/Templeton Distributors, Inc.

By their attorneys,

*Daniel A. Pollack*

Daniel A. Pollack
Edward T. McDermott
Anthony Zaccaria
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, New York 10036
Tel. (212) 575-4700

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____