UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -3 P 3:07

U.S. DISTRICT COUR
DISTRICT OF MASS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>Plaintiff,<br><br>VS.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II, LEONARD RUBIN, and WILLIAM J. LIPPMAN,<br><br>Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>Nominal Defendant. | Civil Action No.<br><br>JURY TRIAL DEMANDED<br><br>04-11195 PBS<br><br>MAGISTRATE JUDGE Bowler |

## DERIVATIVE COMPLAINT

### INTRODUCTION

1   This is an action brought by the Plaintiff against the Defendants, derivatively on behalf of the Franklin Balance Sheet Investment Fund (the "Fund") for breach by the Defendants of their fiduciary duty to the Fund and the Fund's shareholders and for violation of Section 36(b) of the Investment Company Act of 1940 (the "Investment Company Act"), 15 U.S.C. §80a-35(b). Plaintiff alleges herein that Defendant Franklin/Templeton Distributors, Inc. ("Distributors") breached its fiduciary duty to the Fund and its shareholders and violated Section 36(b) of the Investment Company Act by charging and receiving from the Fund, Rule