UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC R. BAHE, Custodian, CGM
Roth Conversion IRA
      Plantiff,          )
                             )
  V                      )
                             )   CA 04- 11195-JLT
FRANKLIN/TEMPLETON DISTRIBUTORS)
et al   AND              )
FRANKLIN BALANCE SHEET      )
INVESTMENT FUND,
      Defendants.

ORDER

July /4 , 2004

TAURO,J.,

     I hereby recuse myself from this case in order to avoid
a potential conflict of interest.

        See 28 U.S.C. Sec. 455(b)(4).

United States District Judge