UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE   Civil / Criminal No. 04-cv-11195 JLT

Title: **Bahe v. Franklin/Templeton Distributors et al**

# N O T I C E

Please take notice that the above-entitled case previously assigned to Judge __Tauro__ has been transferred to Judge __Wolf__ for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __MLW.__

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   __Kimberly M. Abaid__
Deputy Clerk

Date: __July 16, 2004__

Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(In-House re-assign-recusal.wpd - 12/98)                                                                                   [ntccsasgn.]