# Ed Haber

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Monday, June 28, 2004 9:41 AM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:03-cv-12437-NMG Yameen v. Eaton Vance Distributors, Inc. et al "Notice of Reassignment" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once
without charge. To avoid later charges, download a copy of each document
during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Stanhope, Don entered on
6/28/2004 at 9:41 AM EDT and filed on 6/24/2004


Case Name: Yameen v. Eaton Vance Distributors, Inc. et al
Case Number: 1:03-cv-12437
https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?89588

Document Number: 28
Copy the URL address on the line below into the location bar of your Web
browser to view the document:
https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?28,89588,,47028934,

Docket Text:
Notice of Reassignment. Judge Nathaniel M. Gorton added. Judge
Reginald C. Lindsay no longer assigned to case. Counsel are directed to
the Court's Standing Orders re: Electronic Case Filing. (Stanhope, Don)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=6/28/2004] [FileNumber=577890-0]
[19871f9f183aad69e2f0333af4eb73fbaf64c6bf67445ed9c6d40d99065b21f28949b6f
75bc1146f04a6424ccfa11c7fb9f7aa811d4011931afdefb041a3b95d]]



1:03-cv-12437 Notice will be electronically mailed to:
Aimee E. Bierman
abierman@kl.com

Edward F. Haber
ehaber@shulaw.com

Theodore M. Hess-Mahan
ted@shulaw.com

William Shaw McDermott
smcdermott@kl.com

Christine E. Morin
cmorin@shulaw.com

Sanford F. Remz
sfr@bizlit.com

Matthew C. Welnicki
```

```
06/23/04         U.S. DISTRICT COURT - MASSACHUSETTS - CM/ECF SYSTEM      Page    4
             Boston Civil Cases to be Reassigned to Judge Gorton
```

| DOCKET | DATE FILED | CASE TITLE |
|---|---|---|
| Judge : Lindsay | | |
| 1:02cv12003 | 10/15/2002 | Walsh v. Town of Lakeville, et al |
| 1:03cv10280 | 02/12/2003 | City of Revere v. Boston/Logan Airport |
| 1:03cv10653 | 04/09/2003 | MacDougall v. Potter |
| 1:03cv10907 | 05/14/2003 | Swack v. Lehman Brothers Inc |
| 1:03cv11109 | 06/09/2003 | Krodel v. Bayer Corporation |
| 1:03cv11942 | 10/03/2003 | DiLorenzo et al v. Massachusetts Turnpike Aut |
| 1:03cv12004 | 10/15/2003 | Igloo Products Corp. v. Thai Welltex Internat |
| 1:03cv12154 | 11/04/2003 | Securities and Exchange Commission v. Druffne |
| 1:03cv12205 | 11/10/2003 | Coopersmith et al v. Lehman Brothers Inc. |
| 1:03cv12355 | 11/21/2003 | Buffonge v. Prudential Insurance Company et a |
| 1:03cv12437 | 12/03/2003 | Yameen v. Eaton Vance Distributors, Inc. et a |
| 1:03cv12574 | 11/19/2003 | Lara v. Corsini |
| 1:03cv12634 | 12/31/2003 | New Haven Savings Bank v. Follins et al |
| 1:04cv10402 | 02/27/2004 | Kaplan v. First Hartford Corporation |
| 1:04cv10694 | 04/05/2004 | Maxwell Shoe Company, Inc. v. Edelman Shoe Co |
| 1:04cv10805 | 04/22/2004 | Allen v. Sunbridge Healthcare Corporation |
| 1:04cv10820 | 04/16/2004 | Solucorp Industries, LTD.; et al v. John Doe |
| 1:04cv10982 | 05/17/2004 | Fakhri v. Riordan et al |

```
Total Cases for Judge
---------------------
          18
```