GOODWIN PROCTER

Jamie O. Fleckner
617.570.1153
jfleckner@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

August 13, 2004

**BY HAND**

Clerk's Office
U.S. District Court for the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   *Bahe v. Franklin/Templeton Distributors, Inc., et al.*, Civ. No. 04-11195 (MLW)

Dear Sir/Madam:

Enclosed for filing and docketing in the above-referenced matter please find "Amended Stipulation and Order for Extension of Time and Briefing Schedule."

Kindly acknowledge receipt of this document by signing and date stamping the enclosed copy of this letter and document and returning the same to me via my messenger.

Very truly yours,

*[signature]*

James O. Fleckner

Enclosure

cc:   Edward F. Haber, Esq. (by mail, w/ enclosure)
      Daniel A. Pollack, Esq. (by mail, w/ enclosure)
      James S. Dittmar, P.C. (w/ enclosure)
      Stuart M. Glass, Esq. (w/ enclosure)

LIBA/1405230.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>Plaintiff,<br>v.<br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II, LEONARD RUBIN, and WILLIAM J. LIPPMAN,<br>Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>Nominal Defendant. | Civil Action No. 04-11195-MLW |

## AMENDED STIPULATION AND ORDER FOR
## EXTENSION OF TIME AND BRIEFING SCHEDULE

It is hereby stipulated and agreed by and between plaintiff Eric R. Bahe and defendants Franklin/Templeton Distributors, Inc., Frank T. Crohn, Burton J. Greenwald, Charles Rubens II, Leonard Rubin and William J. Lippman that the time within which the defendants may respond to plaintiff's complaint by answer, motion or otherwise shall be extended and enlarged to and including August 27, 2004 and that if defendants file a motion to transfer venue, they shall not move to stay proceedings or seek a further extension of time to respond to the complaint due to the pendency of such motion. Further, if defendants move to dismiss the complaint, plaintiff shall have until October 4, 2004 to serve an opposition and defendants shall have until October 29, 2004 to serve reply briefs.

Defendants expressly reserve and do not waive any defenses to the complaint.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ERIC R. BAHE, CUSTODIAN, CGM ROTH CONVERSION IRA | FRANKLIN/TEMPLETON DISTRIBUTORS, INC. AND WILLIAM J. LIPPMAN |
| By his attorneys, | By their attorneys, |

*/s/ Theodore M. Hess-Mahan /RLA*
Edward F. Haber (BBO #215620)
Theodore M. Hess-Mahan (BBO #557109)
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

*/s/ Daniel A. Pollack /RLA*
Daniel A. Pollack
Martin I. Kaminsky
Anthony Zaccaria
Edward T. McDermott
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY 10036-8295
(212) 575-4700

FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II AND LEONARD RUBIN

By their attorneys,

*/s/ James S. Dittmar /RLA*
James S. Dittmar, PC (BBO #126320)
Stuart M. Glass (BBO #641466)
James O. Fleckner (BBO #641494)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: August 13, 2004

SO ORDERED: _____
             Wolf, J.

2

LIBA/1405106.1

## CERTIFICATE OF SERVICE

I, James O. Fleckner, hereby certify that on August 13, 2004, a true and accurate copy of the foregoing Stipulation of Extension of Time was served by First Class Mail, postage prepaid, to:

Edward F. Haber
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939


Daniel A. Pollack
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY 10036-8295
(212) 575-4700


　　　　　　　　　　　　　　　　　　　　/s/ James O. Fleckner
　　　　　　　　　　　　　　　　　　　　James O. Fleckner

3