UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric R. Bahe, Custodian, CGM Roth Conversion IRA,<br><br>          Plaintiff,<br><br>   -against-<br><br>Franklin/Templeton Distributors, Inc., Frank T. Crohn, Burton J. Greenwald, Charles Rubens II, Leonard Rubin And William J. Lippman,<br><br>          Defendants,<br>   -and-<br><br>Franklin Balance Sheet Investment Fund,<br><br>          Nominal Defendant. | Civil Action No.<br>04-11195 (MLW) |

## MOTION OF DEFENDANTS FRANKLIN/TEMPLETON DISTRIBUTORS, INC. AND WILLIAM J. LIPPMAN TO DISMISS THE COMPLAINT

Defendants Franklin/Templeton Distributors and William J. Lippman move to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1, and 12(b)(2). In support of their motion, they rely on the accompanying Memorandum of Law and, as to Rule 12(b)(2), the Affidavit of William J. Lippman, as well as the Memorandum of Law in Support of Defendants Frank T. Crohn, Burton J. Greenwald, Charles Rubens II and Leonard Rubin.

## REQUEST FOR ORAL ARGUMENT

In accordance with Rule 7.1(d) of the Local Rules of this Court, Defendants Franklin/Templeton Distributors, Inc. and William J. Lippman request oral argument at a date and time to be set by this Court.

Respectfully submitted,

Franklin/Templeton Distributors, Inc.
and William J. Lippman

By their attorneys,

*Daniel A. Pollack*

Daniel A. Pollack
Edward T. McDermott
Anthony Zaccaria
Pollack & Kaminsky
114 West 47th Street
New York, NY 10036
Tel. (212) 575-4700

Dated: August 27, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Daniel A. Pollack, hereby certify that I conferred by telephone with Edward F. Haber, counsel for plaintiffs, in a good faith effort to resolve or narrow the issues presented in this motion prior to filing, and that we were unable to resolve or narrow the issues.

*Daniel A. Pollack*

Daniel A. Pollack

## CERTIFICATE OF SERVICE

I, Stuart M. Glass, hereby certify that on August 27, 2004, a true and accurate copy of the foregoing Motion to Dismiss, Memorandum of Law in Support of Motion and Affidavit of William Lippman was served to:

Edward F. Haber, Esq.     (By Hand)
Shapiro Haber & Urmy
Exchange St.
53 State St.
Boston, MA 02109

Robert Schubert, Esq.     (By Federal Express)
Schubert & Reed LLP
Two Embarcadero Center
Suite 1600
San Francisco, CA 94111

*Stuart M. Glass*