United States District Court
District of Massachusetts

---

Eric R. Bahe, Custodian, CGM Roth
Conversion IRA,

        Plaintiff,

   -against-

Franklin/Templeton Distributors,
Inc., Frank T. Crohn, Burton J.
Greenwald, Charles Rubens II,
Leonard Rubin, and William J.
Lippman,

        Defendants,
   -and-

Franklin Balance Sheet Investment
Fund,

        Nominal Defendant.

Civil Action No.
04-11195 MLW

---

**Addendum Volume
of Defendant
<u>Franklin/Templeton Distributors, Inc</u>.**

Table of Contents

Addendum A

    NASD Rule 2830

Addendum B

    NASD Notice to Members 93-12

Addendum C

    Order Approving Proposed Rule Change Relating to the Limitation of Asset-Based Sales Charges dated July 7, 1992

Addendum D

    Section 2(a)(19) of the Investment Company Act

Note:

For the convenience of the Court, we have yellow-highlighted and tabbed the portions of the Addenda discussed in our Memorandum.