

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Public Browse and Search - Filing Results

Help with this form

**Entity Name:** FRANKLIN VALUE INVESTORS TRUST

| Request a Certified Copy  Select All ☐ | Type of Filing | Year Filed | Filed Date | FilingNum | File(s) |
|---|---|---|---|---|---|
| ☐ | Report of Voluntary Associations and Trusts | 2004 | 6/13/04 | 200473791850 | 200473791850_1.pdf, 2 pgs, 34215 bytes |
| ☐ | Report of Voluntary Associations and Trusts | 2003 | 7/9/03 | 200346585050 | 200346585050_1.pdf, 2 pgs, 33742 bytes |
| ☐ | Report of Voluntary Associations and Trusts | 2002 | 7/3/02 | 200217110440 | 200217110440_1.pdf, 2 pgs, 37545 bytes |
| ☐ | Amendment of Trust | | 12/31/01 | 200203787450 | 200203787450_1.pdf, 3 pgs, 93419 bytes |
| ☐ | Report of Voluntary Associations and Trusts | 2001 | 6/12/01 | 090031312915 | Index Number = 011695  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 2000 | 6/9/00 | 090031312914 | Index Number = 001391  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1999 | 6/23/99 | 090031312913 | Index Number = 991100  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1998 | 6/1/98 | 090031312912 | Index Number = 981103  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1997 | 5/28/97 | 090031312911 | Index Number = 970782  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1996 | 6/7/96 | 090031312910 | Index Number = 961866  (2 pages) |
| ☐ | Amendment of Trust | | 9/27/95 | 090031312909 | Index Number = 513279  (6 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1995 | 6/1/95 | 090031312908 | Index Number = 951487  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1994 | 6/1/94 | 090031312907 | Index Number = 941471  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1993 | 5/27/93 | 090031312906 | Index Number = 931680  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1992 | 6/9/92 | 090031312905 | Index Number = 921954  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1991 | 5/30/91 | 090031312904 | Index Number = 911569  (2 pages) |
| ☐ | Report of Voluntary Associations | 1990 | 6/4/90 | 090031312903 | Index Number = 901461  (2 pages) |

|   |   |   |   |   |
|---|---|---|---|---|
|   | and Trusts |   |   |   |
| ☐ | Amendment of Trust |   | 9/20/89 | 090031312901 | Index Number = 001989  (4 pages) |
| ☐ | Amendment of Trust |   | 9/20/89 | 090031312902 | Index Number = 011989  (2 pages) |
| ☐ | Declaration of Trust |   | 9/13/89 | 000T00313129 | Index Number = *None*  (26 pages) |
| Request | Annual Reports and No Fee changes have a retention period of ten years; therefore these documents are no longer available prior to December 31, 1993. |

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved