SEP-13-2004 12:38    FRANKLIN TEMPLETON                650 525 7059    P.36/45



FEE: $75.00

## The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

Filed for Year: 1989

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Balance Sheet Investment Fund__

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) __N/A__

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__777 Mariners Island Boulevard, San Mateo, CA 94404-1585__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES __0 Outstanding Shares__

TRUSTEES (name & address):       See Attached

We, the trustees of the above named trust, **Franklin Balance Sheet Investment Fund**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_       Trustee: _Leonard Rubin_

The trustee, or if more than one trustee, then at least
two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

SECRETARY OF THE COMMONWEALTH

## FRANKLIN BALANCE SHEET INVESTMENT FUND

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ 07657 |