

Commonwealth of Massachusetts
Office of the Secretary of State
Michael J. Connolly, Secretary
One Ashburton Place, Boston, Massachusetts 02108

Filed for Year 19 93

# REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: Franklin Balance Sheet Investment Fund

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) N/A

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)
777 Mariners Island Blvd., San Mateo, CA 94404

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF PARTICIPATION OR SHARES    478,883 Outstanding Shares

TRUSTEES (name & address):
See Attached

We, the trustees of the above named trust, Franklin Balance Sheet Investment Fund, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _[signature]_        Trustee: William J. Lippman

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General Laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

# FRANKLIN BALANCE SHEET INVESTMENT FUND

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ 07657 |