

**The Commonwealth of Massachusetts**
**Office of the Secretary of State**
**Michael J. Connolly, Secretary**
One Ashburton Place, Boston, Massachusetts 02108

Filed for Year:

19 **94**

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: _Franklin Balance Sheet Investment Fund_

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) _N/A_

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)
_777 Mariners Island Blvd., San Mateo, CA  94404_

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF PARTICIPATION OR SHARES _3,143,601 Outstanding Shares_

TRUSTEES (name & address):

_See Attached_

We, the trustees of the above named trust, _Franklin Balance Sheet Investment Fund_, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _[signature]_        Trustee: _[signature]_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General Laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

SECRETARY OF THE COMMONWEALTH

# FRANKLIN BALANCE SHEET INVESTMENT FUND

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL  33433 |
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ  07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY  10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ  07657 |