

The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

FEE: $75.00

Filed for Year:

1995

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: **Franklin Balance Sheet Investment Fund**

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts)  N/A

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

**777 Mariners Island Boulevard, San Mateo, CA 94404-1585**

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES    **9,588,897 Outstanding Shares**

TRUSTEES (name & address):
**See Attached**

We, the trustees of the above named trust, **Franklin Balance Sheet Investment Fund**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_    Trustee: _Leonard Kahn_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

950001487

_William Francis Galvin_
SECRETARY OF THE COMMONWEALTH

## FRANKLIN BALANCE SHEET INVESTMENT FUND

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL  33433 |
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ  07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY  10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ  07657 |