

FEE: $75.00

**The Commonwealth of Massachusetts**

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

2/3/25

Filed for Year:

**1996**

# REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: **Franklin Value Investors Trust** (Formerly Franklin Balance Sheet Investment Fund)

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) **N/A**

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

**777 Mariners Island Boulevard, San Mateo, CA 94404-1585**

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES **24,022,303 Outstanding Shares**

TRUSTEES (name & address):

**See Attached**

We, the trustees of the above named trust, **Franklin Value Investors Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: William J. Lippman
William J. Lippman

Trustee: [signature]

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

---

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

960001866

William Francis Galvin

SECRETARY OF THE COMMONWEALTH



**FRANKLIN VALUE INVESTORS TRUST**

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ 07657 |