313129



# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

FEE: $75.00

Filed for Year: 1997

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Value Investors Trust__  (Formerly Franklin Balance Sheet Investment Fund)

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) _____N/A_____

ADDRESS ELSEWHERE (if doing business outside the Commonwealth) _____

777 Mariners Island Boulevard, San Mateo, CA 94404-1585

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES        35,263,865 Outstanding Shares

TRUSTEES (name & address):
                    See Attached

We, the trustees of the above named trust, **Franklin Value Investors Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_                Trustee: _Leonard Rubin_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

970000782

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

_William Francis Galvin_
SECRETARY OF THE COMMONWEALTH

## FRANKLIN VALUE INVESTORS TRUST

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL  33433 |
| William J. Lippman | One Parker Plaza, 16th Floor<br>Fort Lee, NJ  07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY  10583 |
| Leonard Rubin | 2 Executive Drive<br>Suite 560<br>Fort Lee, NJ  07024 |