

3/3/29

FEE: $75.00

## The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

Filed for Year:

**1998**

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

**NAME OF TRUST:** __Franklin Value Investors Trust__   (Formerly Franklin Balance Sheet Investment Fund)

**ADDRESS OF PRINCIPAL OFFICE** (in Massachusetts) __N/A__

**ADDRESS ELSEWHERE** (if doing business outside the Commonwealth)

__777 Mariners Island Boulevard, San Mateo, CA 94404-1585__

**NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF PARTICIPATION OR SHARES**   __62,030,764 Outstanding Shares__

**TRUSTEES** (name & address):   See Attached

We, the trustees of the above named trust, **Franklin Value Investors Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_       Trustee: _Leonard Rubin_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

---

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

_William Francis Galvin_
SECRETARY OF THE COMMONWEALTH

199801103

## FRANKLIN VALUE INVESTORS TRUST

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, 16th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>2 Executive Drive<br>Suite 560<br>Fort Lee, NJ 07024 |