# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

FEE: $75.00

Filed for Year: 1999

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Value Investors Trust__   (Formerly Franklin Balance Sheet Investment Fund)

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) __N/A__

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__777 Mariners Island Boulevard, San Mateo, CA  94404-1585__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES   __57,350,826 Outstanding Shares__

TRUSTEES (name & address):   __See Attached__

We, the trustees of the above named trust, **Franklin Value Investors Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_          Trustee: _Charles Rubens, II_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

---

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

199901100

SECRETARY OF THE COMMONWEALTH

## FRANKLIN VALUE INVESTORS TRUST

| | |
|---|---|
| Frank T. Crohn | 6031 Le Lac Road<br>Boca Raton, FL  33496 |
| William J. Lippman | Franklin Advisory Services, LLC<br>One Parker Plaza, 16th Floor<br>Fort Lee, NJ  07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY  10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>2460 Lemoine Avenue<br>Fort Lee, NJ  07024 |