313129

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

FEE: $75.00

Filed for Year: 2000

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Value Investors Trust__    (Formerly Franklin Balance Sheet Investment Fund)

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) __N/A__

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__777 Mariners Island Boulevard, San Mateo, CA 94404-1585__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES    __42,062,155 Outstanding Shares__

TRUSTEES (name & address):
                See Attached

We, the trustees of the above named trust, Franklin Value Investors Trust, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_    Trustee: _Charles Rubens_
        William J. Lippman                     Charles Rubens, II

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

---

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

00001391

_William Francis Galvin_
SECRETARY OF THE COMMONWEALTH

## FRANKLIN VALUE INVESTORS TRUST

| | |
|---|---|
| Frank T. Crohn | 180 Morton Road<br>Rhinebeck NY 12572 |
| William J. Lippman | Franklin Advisory Services, LLC<br>One Parker Plaza, 9th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>2460 Lemoine Avenue, 3rd Floor<br>Fort Lee, NJ 07024 |