

313125

FEE: $75.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Trust Division, Room 1717
One Ashburton Place, Boston, MA 02108-1512

Filed for Year:

2001

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

2001 1695

NAME OF TRUST: __Franklin Value Investors Trust__   (Formerly Franklin Balance Sheet Investment Fund)

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) _____ N/A _____

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__One Franklin Parkway, San Mateo, CA  94403-1906__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES _____ 49,019,704 _____ **Outstanding Shares**

TRUSTEES (name & address):
**See Attached**

We, the trustees of the above named trust, **Franklin Value Investors Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_     Trustee: _Charles Rubens, II_

William J. Lippman                  Charles Rubens, II

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

---

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

SECRETARY OF THE COMMONWEALTH

## FRANKLIN VALUE INVESTORS TRUST

| | |
|---|---|
| Frank T. Crohn | 180 Morton Road<br>Rhinebeck NY 12572 |
| William J. Lippman | Franklin Advisory Services, LLC<br>One Parker Plaza, 9th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>545 Cedar Lane<br>Teaneck, NJ 07666 |
| Burton J. Greenwald | B.J. Greenwald Associates<br>2009 Spruce Street<br>Philadelphia, PA 19103 |