

T00313129

FEE: $75.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Trust Division, Room 1717
One Ashburton Place, Boston, MA 02108-1512

Filed for Year:

2002

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Value Investors Trust__   (Formerly Franklin Balance Sheet Investment Fund)

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) __N/A__

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__One Franklin Parkway, San Mateo, CA 94403-1906__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES __93,648,903 Outstanding Shares__

TRUSTEES (name & address):
__See Attached__

We, the trustees of the above named trust, **Franklin Value Investors Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _[signature]_
William J. Lippman

Trustee: _[signature]_
Burton J. Greenwald

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

_[signature: William Francis Galvin]_

SECRETARY OF THE COMMONWEALTH

# FRANKLIN VALUE INVESTORS TRUST

| | |
|---|---|
| Frank T. Crohn | 180 Morton Road<br>Rhinebeck NY 12572 |
| William J. Lippman | Franklin Advisory Services, LLC<br>One Parker Plaza, 9th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>545 Cedar Lane<br>Teaneck, NJ 07666 |
| Burton J. Greenwald | B.J. Greenwald Associates<br>2009 Spruce Street<br>Philadelphia, PA 19103 |