T 00313129

FILED FOR THE YEAR 20 03
Fee: $75.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS
(General Laws, Chapter 182, Section 12)

0020003 2766

1. Exact name of trust: Franklin Value Investors Trust (Formerly Franklin Balance Sheet Investment Fund)

2. Street address of principal office in Massachusetts: N/A

3. Street address elsewhere, if doing business outside Massachusetts: One Franklin Parkway
   San Mateo, CA 94403-1906

4. Number of issued and outstanding transferable certificates of participation or shares: 99,165,816 Outstanding Shares

5. The names and addresses of all the trustees are as follows: SEE ATTACHED LIST

NAME                                            ADDRESS

*I/We the trustee(s) of the above named trust, _____Franklin Value Investors Trust_____ ,
declare under penalties of perjury that I/we have examined this report and that to the best of my/our information and belief, the statements contained herein are true and correct and hereto sign my/our name(s) this

__28__ day of _____May_____, 20 _03_.

____[signature]____, Trustee     ____[signature]____, Trustee
William J. Lippman                Frank T. Crohn

*Delete the inapplicable words.
**The trustee, or if more than one trustee, then at least two trustees, shall sign under the penalties of perjury.

I have examined this Report of Voluntary Associations and Trusts and found it to conform with the requirements of Massachusetts General Laws, Chapter 182, Section 12 and the filing fee in the amount of $ _____, having been paid, said report is deemed to have been filed with me this _____ day of _____, 20 ____.

[signature]

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

182rptva 4/5/00

# FRANKLIN VALUE INVESTORS TRUST

| | |
|---|---|
| Frank T. Crohn | 180 Morton Road<br>Rhinebeck NY 12572 |
| William J. Lippman | Franklin Advisory Services, LLC<br>One Parker Plaza, 9th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>c/o Heather Hill<br>545 Cedar Lane<br>Teaneck, NJ 07666 |
| Burton J. Greenwald | B.J. Greenwald Associates<br>2009 Spruce Street<br>Philadelphia, PA 19103 |