T0031329

FILED FOR THE YEAR 20<u>04</u>
Fee: $75.00

# The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS
(General Laws, Chapter 182, Section 12)

0020042088

1. Exact name of trust: Franklin Value Investors Trust (Formerly Franklin Balance Sheet Investment Fund)

2. Street address of principal office in Massachusetts: N/A

3. Street address elsewhere, if doing business outside Massachusetts: One Franklin Parkway
   San Mateo, CA 94403-1906

4. Number of issued and outstanding transferable certificates of participation or shares: 114,730,819 Outstanding Shares

5. The names and addresses of all the trustees are as follows: SEE ATTACHED LIST

**NAME**                                                                                  **ADDRESS**

*I/We the trustee(s) of the above named trust, ___Franklin Value Investors Trust___, declare under penalties of perjury that I/we have examined this report and that to the best of my/our information and belief, the statements contained herein are true and correct and hereto sign my/our name(s) this 20th day of May, 20 04.

** _William J. Lippman_ , Trustee    _Frank T. Crohn_ , Trustee

*Delete the inapplicable words.
**The trustees, or if more than one trustee, then at least two trustees, shall sign under the penalties of perjury.

I have examined this Report of Voluntary Associations and Trusts and found it to conform with the requirements of Massachusetts General Laws, Chapter 182, Section 12 and the filing fee in the amount of $ _____ , having been paid, said report is deemed to have been filed with me this _____ day of _____ , 20 ____ .

_William Francis Galvin_

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

182rpiva 4/5/00

## FRANKLIN VALUE INVESTORS TRUST

| | |
|---|---|
| Frank T. Crohn | 92 Morton Road<br>Rhinebeck NY  12572 |
| William J. Lippman | Franklin Advisory Services, LLC<br>One Parker Plaza, 9th Floor<br>Fort Lee, NJ  07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY  10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>545 Cedar Lane<br>Teaneck, NJ  07666 |
| Burton J. Greenwald | B.J. Greenwald Associates<br>2009 Spruce Street<br>Philadelphia, PA  19103 |