

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**Public Browse and Search - Filing Results**

Help with this form

**Entity Name:** FRANKLIN MANAGED TRUST

| Request a Certified Copy Select All ☐ | Type of Filing | Year Filed | Filed Date | FilingNum | File(s) |
|---|---|---|---|---|---|
| ☐ | Report of Voluntary Associations and Trusts | 2001 | 6/12/01 | 090001049421 | Index Number = 011689  (2 pages) |
| ☐ | Termination of Trust | 2000 | 6/6/01 | 090001049420 | Index Number = 111111  (8 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 2000 | 6/9/00 | 090001049419 | Index Number = 001390  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1999 | 6/23/99 | 090001049418 | Index Number = 991099  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1998 | 6/1/98 | 090001049417 | Index Number = 981104  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1997 | 5/28/97 | 090001049416 | Index Number = 970783  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1996 | 6/7/96 | 090001049415 | Index Number = 961862  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1995 | 6/1/95 | 090001049414 | Index Number = 951482  (2 pages) |
| ☐ | Amendment of Trust | 2000 | 4/7/95 | 090001049413 | Index Number = 497369  (3 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1994 | 6/1/94 | 090001049412 | Index Number = 941468  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1993 | 5/27/93 | 090001049411 | Index Number = 931677  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1992 | 6/9/92 | 090001049410 | Index Number = 921951  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1991 | 5/30/91 | 090001049409 | Index Number = 911573  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1990 | 6/4/90 | 090001049408 | Index Number = 901458  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1989 | 6/5/89 | 090001049407 | Index Number = 891354  (2 pages) |
| ☐ | Report of Voluntary Associations and Trusts | 1988 | 4/6/89 | 090001049406 | Index Number = 890493  (2 pages) |
| ☐ | Amendment of Trust | 2000 | 7/5/88 | 090001049405 | Index Number = 881988  (2 pages) |
| ☐ | Amendment of Trust | 2000 | 3/11/87 | 090001049404 | Index Number = 001987  (6 pages) |

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Amendment of Trust | 2000 | 11/3/86 | 090001049401 | Index Number = 001986  (24 pages) |
| ☐ | Amendment of Trust | 2000 | 11/3/86 | 090001049403 | Index Number = 001986  (24 pages) |
| ☐ | Amendment of Trust | 2000 | 7/15/86 | 090001049402 | Index Number = 001986  (26 pages) |
| ☐ | Declaration of Trust | | 7/15/86 | 000T00010494 | Index Number = *None*  (24 pages) |

Request   Annual Reports and No Fee changes have a retention period of ten years; therefore these documents are no longer available prior to December 31, 1993.

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved