CERTIFICATE OF AMENDMENT
OF
AGREEMENT AND DECLARATION OF TRUST
OF
L.F. ROTHSCHILD, UNTERBERG, TOWBIN INVESTMENT TRUST

The undersigned certify that:

1.    They constitute a majority of the Board of Trustees of
      L.F. ROTHSCHILD, UNTERBERG, TOWBIN INVESTMENT TRUST.

2.    They hereby adopt the following amendments to this
      Agreement and Declaration of Trust of this Trust:

      A.    Article I, Section 1 is amended to read as follows:

            Section 1.  Name.  This Trust, formerly known
            as the L.F. Rothschild, Unterberg, Towbin
            Investment Trust, shall henceforth be known as the
            L.F. ROTHSCHILD MANAGED TRUST and the Trustees
            shall conduct the business of the Trust under that
            name or any other name as they may from time to
            time determine.

      B.    Article III, Section 8 is hereby amended to read as
            follows:

            Section 8.  Initial Designation of Series.
            Subject to the relative rights and preferences and
            other terms of this Agreement and Declaration of
            Trust, the Trustees authorize the establishment of
            three (3) initial Series to be designated as
            follows:  the Rising Dividends Portfolio, the
            Investment Grade Income Portfolio, and the
            Corporate Cash Portfolio.

      C.    Article VIII, Section 10 is hereby amended to read
            as follows:

            Section 10.  Use of the name "L.F. Rothschild."
            L.F. Rothschild Fund Management, Inc. (the
            "Manager") has consented to the use by the Trust of
            the identifying word or name "L.F. Rothschild" as
            part of the name of the Trust and in the name of
            any Series of Shares.  Such consent is conditioned
            upon the employment of the Manager, or an affiliate
            of said Company, as Manager of the Trust and said
            Series.  The name or identifying words "L.F.
            Rothschild" or any variation thereof may be used
            from time to time in other connections and for
            other purposes by the Manager or affiliated

- 1 -

0512S

entities.   The Manager has the right to require the
Trust to cease using "L.F. Rothschild" as the name
of the Trust and in the names of its Series if the
Trust and said Series cease to employ, for any
reasons, the Manager, or any affiliate of said
Company, as the investment manager or adviser of
the Trust or such Series.   Future names adopted by
the Trust for itself and its Series shall be the
property of the Manager and its affiliates, and the
use of such names shall be subject to the same
conditions set forth in this Section insofar as
such name or identifying words require the consent
of the Manager.

3.   It is the determination of the Trustees that approval of
the shareholders of the Trust is not required by the
Investment Company Act of 1940, as amended, or other
applicable law.   These amendments are made pursuant to
Article III, Section 5 and Article VIII, Section 8 of
the Agreement and Declaration of Trust which empower the
Trustees to change provisions relating to shares and, in
general, to amend the Agreement and Declaration of
Trust, respectively.   Pursuant to Article VIII,
Section 6, this Certificate of Amendment may be executed
in counterparts.

IN WITNESS WHEREOF, the Trustees named below do hereby
set their hands as of the 19th day of December, 1986.

_____            _____
ANDREW L. BERGER                     WILLIAM J. LIPPMAN


_____            _____
FRANK T. CROHN                       CHARLES RUBENS II


                     _____
                     LEONARD RUBIN

- 2 -

0512S

entities.  The Manager has the right to require the
Trust to cease using "L.F. Rothschild" as the name
of the Trust and in the names of its Series if the
Trust and said Series cease to employ, for any
reasons, the Manager, or any affiliate of said
Company, as the investment manager or adviser of
the Trust or such Series.  Future names adopted by
the Trust for itself and its Series shall be the
property of the Manager and its affiliates, and the
use of such names shall be subject to the same
conditions set forth in this Section insofar as
such name or identifying words require the consent
of the Manager.

3.    It is the determination of the Trustees that approval of
the shareholders of the Trust is not required by the
Investment Company Act of 1940, as amended, or other
applicable law.  These amendments are made pursuant to
Article III, Section 5 and Article VIII, Section 8 of
the Agreement and Declaration of Trust which empower the
Trustees to change provisions relating to shares and, in
general, to amend the Agreement and Declaration of
Trust, respectively.  Pursuant to Article VIII,
Section 6, this Certificate of Amendment may be executed
in counterparts.


        IN WITNESS WHEREOF, the Trustees named below do hereby
set their hands as of the 19th day of December, 1986.


_____          _____
ANDREW L. BERGER                   WILLIAM J. LIPPMAN



_____          _____
FRANK T. CROHN                     CHARLES RUBENS II



            _____
            LEONARD RUBIN

- 2 -

0512S

entities.  The Manager has the right to require the Trust to cease using "L.F. Rothschild" as the name of the Trust and in the names of its Series if the Trust and said Series cease to employ, for any reasons, the Manager, or any affiliate of said Company, as the investment manager or adviser of the Trust or such Series.  Future names adopted by the Trust for itself and its Series shall be the property of the Manager and its affiliates, and the use of such names shall be subject to the same conditions set forth in this Section insofar as such name or identifying words require the consent of the Manager.

3.    It is the determination of the Trustees that approval of the shareholders of the Trust is not required by the Investment Company Act of 1940, as amended, or other applicable law.  These amendments are made pursuant to Article III, Section 5 and Article VIII, Section 8 of the Agreement and Declaration of Trust which empower the Trustees to change provisions relating to shares and, in general, to amend the Agreement and Declaration of Trust, respectively.  Pursuant to Article VIII, Section 6, this Certificate of Amendment may be executed in counterparts.


IN WITNESS WHEREOF, the Trustees named below do hereby set their hands as of the 19th day of December, 1986.


| | |
|---|---|
| _____<br>ANDREW L. BERGER | _____<br>WILLIAM J. LIPPMAN |
| _____<br>FRANK T. CROHN | _____<br>CHARLES RUBENS II |

_____
LEONARD RUBIN

0512S

entities.  The Manager has the right to require the
Trust to cease using "L.F. Rothschild" as the name
of the Trust and in the names of its Series if the
Trust and said Series cease to employ, for any
reasons, the Manager, or any affiliate of said
Company, as the investment manager or adviser of
the Trust or such Series.  Future names adopted by
the Trust for itself and its Series shall be the
property of the Manager and its affiliates, and the
use of such names shall be subject to the same
conditions set forth in this Section insofar as
such name or identifying words require the consent
of the Manager.

3.      It is the determination of the Trustees that approval of
the shareholders of the Trust is not required by the
Investment Company Act of 1940, as amended, or other
applicable law.  These amendments are made pursuant to
Article III, Section 5 and Article VIII, Section 3 of
the Agreement and Declaration of Trust which empower the
Trustees to change provisions relating to shares and, in
general, to amend the Agreement and Declaration of
Trust, respectively.  Pursuant to Article VIII,
Section 6, this Certificate of Amendment may be executed
in counterparts.


        IN WITNESS WHEREOF, the Trustees named below do hereby
set their hands as of the 19th day of December, 1986.


_____          _____
ANDREW L. BERGER                         WILLIAM J. LIPPMAN



_____          _____
FRANK T. CROHN                           CHARLES RUBENS II

_____
LEONARD RUBIN

05125

NO. 5
AMENDMENT NAME CHANGE
L.F.ROTHSCHILD MANAGED
TRUST

# 11148

FEE PAID
$75.00

CASHIERS
SECRETARY'S OFFICE

JANICE MAHONEY
GASTON SNOW
et al