SEP-13-2004 12:27    FRANKLIN TEMPLETON    650 525 7655    P.02/45

Commonwealth of Massachusetts
Office of the Secretary of State
Michael J. Connolly, Secretary
One Ashburton Place, Boston, Massachusetts 02108

Filed for Year: 19 91

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: Franklin Managed Trust

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts): N/A

ADDRESS ELSEWHERE (if doing business outside the Commonwealth):
777 Mariners Island Blvd, San Mateo, CA 94404

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF PARTICIPATION OR SHARES: 6,343,780

TRUSTEES (name & address):
See Attached

We, the trustees of the above named trust, Franklin Managed Trust, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_    Trustee: _[signature]_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General Laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

SECRETARY OF THE COMMONWEALTH

## FRANKLIN MANAGED TRUST

| | |
|---|---|
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ 07024 |
| Frank T. Crohn | 7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| Charles Rubens II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | 501 Broad Avenue<br>Ridgefield, NJ 07657 |



## The Commonwealth of Massachusetts
### Office of the Secretary of State
### Michael J. Connolly, Secretary
### One Ashburton Place, Boston, Massachusetts 02108

Filed for Year: 19 92

# REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: Franklin Managed Trust

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) N/A

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)
777 Mariners Island Blvd., San Mateo, CA 94404

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF PARTICIPATION OR SHARES 9,229,435 Outstanding Shares

TRUSTEES (name & address):
See Attached

We, the trustees of the above named trust, Franklin Managed Trust, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _[signature]_     Trustee: _William J. Lippman_

**The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.**

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General Laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

SECRETARY OF THE COMMONWEALTH

# FRANKLIN MANAGED TRUST

| | |
|---|---|
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ 07024 |
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ 07657 |

SEP-13-2004  12:28        FRANKLIN TEMPLETON                    650 525 7855      P.05/45

**Office of the Secretary of State**
**Michael J. Connolly, Secretary**
One Ashburton Place, Boston, Massachusetts 02108

Filed for Year:

19 93

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: Franklin Managed Trust

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) N/A

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)
777 Mariners Island Blvd., San Mateo, CA 94404

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF PARTICIPATION OR SHARES  25,824,020 Outstanding Shares

TRUSTEES (name & address):
See Attached

We, the trustees of the above named trust, Franklin Managed Trust, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _____        Trustee: William J. Lippman

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General Laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

SECRETARY OF THE COMMONWEALTH

# FRANKLIN MANAGED TRUST

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ 07657 |

SEP-13-2004  12:28    FRANKLIN TEMPLETON    650 525 7059    P.08/45



**The Commonwealth of Massachusetts**
**Office of the Secretary of State**
**Michael J. Connolly, Secretary**
One Ashburton Place, Boston, Massachusetts 02108

FEE: $75.00

Filed for Year:

19 **94**

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: Franklin Managed Trust

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) N/A

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)
777 Mariners Island Blvd., San Mateo, CA 94404

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF PARTICIPATION OR SHARES   24,101,919 Outstanding Shares

TRUSTEES (name & address):
See Attached

We, the trustees of the above named trust, Franklin Managed Trust, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _[signature]_    Trustee: _[signature]_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General Laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

# FRANKLIN MANAGED TRUST

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ 07657 |



FEE: $75.00

Filed for Year:

1995

## The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Managed Trust__

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) __N/A__

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__777 Mariners Island Boulevard, San Mateo, CA  94404-1585__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES   __21,271,326  Outstanding Shares__

TRUSTEES (name & address):
__See Attached__

We, the trustees of the above named trust, **Franklin Managed Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_           Trustee: _[signature]_

The trustee, or if more than one trustee, then at least
two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office

_[signature]_

SECRETARY OF THE COMMONWEALTH

## FRANKLIN MANAGED TRUST

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ 07657 |

*[signature]*



FEE: $75.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

Filed for Year: 1996

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: **Franklin Managed Trust**

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts): N/A

ADDRESS ELSEWHERE (if doing business outside the Commonwealth):
777 Mariners Island Boulevard, San Mateo, CA  94404-1585

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF PARTICIPATION OR SHARES: 23,122,761 Outstanding Shares

TRUSTEES (name & address): See Attached

We, the trustees of the above named trust, Franklin Managed Trust, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_
William J. Lippman

Trustee: _[signature]_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

960001862

SECRETARY OF THE COMMONWEALTH



## FRANKLIN MANAGED TRUST

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, Seventh Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | Carolace Embroidery Co., Inc.<br>501 Broad Avenue<br>Ridgefield, NJ 07657 |

Case 1:04-cv-11195-MLW    Document 25-27    Filed 10/04/2004    Page 13 of 16



016494

FEE: $75.00

Filed for Year:

1997

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Managed Trust__

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) __N/A__

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__777 Mariners Island Boulevard, San Mateo, CA 94404-1585__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES __19,756,214 Outstanding Shares__

TRUSTEES (name & address):
__See Attached__

We, the trustees of the above named trust, **Franklin Managed Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_                Trustee: _Leonard Rubin_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

---

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

970000783

SECRETARY OF THE COMMONWEALTH

# FRANKLIN MANAGED TRUST

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, 16th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583 |
| Leonard Rubin | 2 Exeutive Drive<br>Suite 560<br>Fort Lee, NJ 07024 |



FEE: $75.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

Filed for Year:

1998

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: _____ **Franklin Managed Trust** _____

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) _____ N/A _____

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

**777 Mariners Island Boulevard, San Mateo, CA   94404-1585**

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES _____ **26,809,468 Outstanding Shares** _____

TRUSTEES (name & address):
**See Attached**

We, the trustees of the above named trust, **Franklin Managed Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _____          Trustee: _____
         William J. Lippman                                    Leonard Rubin

The trustee, or if more than one trustee, then at least
two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

199801104

SECRETARY OF THE COMMONWEALTH

## FRANKLIN MANAGED TRUST

| | |
|---|---|
| Frank T. Crohn | Financial Benefit Group, Inc.<br>7251 West Palmetto Park Road<br>Boca Raton, FL 33433 |
| William J. Lippman | One Parker Plaza, 16th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>2 Executive Drive<br>Suite 560<br>Fort Lee, NJ 07024 |