FEE: $75.00

## The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

Filed for Year: 1999

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Managed Trust__

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) __N/A__

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__777 Mariners Island Boulevard, San Mateo, CA 94404-1585__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES __26,433,808 Outstanding Shares__

TRUSTEES (name & address):
__See Attached__

We, the trustees of the above named trust, **Franklin Managed Trust**, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_

Trustee: _Charles Rubens, II_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

199911099

SECRETARY OF THE COMMONWEALTH

# FRANKLIN MANAGED TRUST

| | |
|---|---|
| Frank T. Crohn | 6031 Le Lac Road<br>Boca Raton, FL 33496 |
| William J. Lippman | Franklin Advisory Services, LLC<br>One Parker Plaza, 16th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>2460 Lemoine Avenue<br>Fort Lee, NJ 07024 |

O 10494

## The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, Boston, MA 02108-1512

FEE: $75.00

Filed for Year:

2000

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Managed Trust__

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) __N/A__

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__777 Mariners Island Boulevard, San Mateo, CA 94404-1585__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES __15,947,882 Outstanding Shares__

TRUSTEES (name & address): __See Attached__

We, the trustees of the above named trust, Franklin Managed Trust, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: _William J. Lippman_    Trustee: _Charles Rubens, II_

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

00001390

SECRETARY OF THE COMMONWEALTH

## FRANKLIN MANAGED TRUST

| | |
|---|---|
| Frank T. Crohn | 180 Morton Road<br>Rhinebeck, NY 12572 |
| William J. Lippman | Franklin Advisory Services, LLC<br>One Parker Plaza, 9th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>2460 Lemoine Avenue, 3rd Floor<br>Fort Lee, NJ 07024 |

010777  FEE: $75.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
Corporations Trust Division, Room 1717
One Ashburton Place, Boston, MA 02108-1512

Filed for Year:

2001

## REPORT OF VOLUNTARY ASSOCIATIONS AND TRUSTS

NAME OF TRUST: __Franklin Managed Trust__

ADDRESS OF PRINCIPAL OFFICE (in Massachusetts) __N/A__

ADDRESS ELSEWHERE (if doing business outside the Commonwealth)

__One Franklin Parkway, San Mateo, CA  94403-1906__

NUMBER OF ISSUED AND OUTSTANDING TRANSFERABLE CERTIFICATES OF

PARTICIPATION OR SHARES    __13,963,875    Outstanding Shares__

TRUSTEES (name & address):
__See Attached__

We, the trustees of the above named trust, Franklin Managed Trust, declare under penalties of perjury that we have examined this report and that to the best of our information and belief, the statements contained herein are true and correct.

Trustee: __William J. Lippman__    Trustee: __Charles Rubens, II__

The trustee, or if more than one trustee, then at least two trustees shall sign under the penalties of perjury.

I have examined this report and found it to conform with the requirements of Chapter 182 of the Massachusetts General laws. The filing fee has been paid to the Commonwealth and I approve the report for filing in this office.

SECRETARY OF THE COMMONWEALTH

## FRANKLIN MANAGED TRUST

| | |
|---|---|
| Frank T. Crohn | 180 Morton Road<br>Rhinebeck, NY 12572 |
| William J. Lippman | Franklin Advisory Services, LLC<br>One Parker Plaza, 9th Floor<br>Fort Lee, NJ 07024 |
| Charles Rubens, II | 18 Park Road<br>Scarsdale, NY 10583-2112 |
| Leonard Rubin | LDR Equities, LLC<br>545 Cedar Lane<br>Teaneck, NJ 07666 |
| Burton J. Greenwald | B.J. Greenwald Associates<br>2009 Spruce Street<br>Philadelphia, PA 19103 |