## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA, <br><br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN/TEMPLETON DISTRIBUTORS, INC., FRANK T. CROHN, BURTON J. GREENWALD, CHARLES RUBENS II, LEONARD RUBIN, and WILLIAM J. LIPPMAN, <br><br><br> Defendants, and <br><br> FRANKLIN BALANCE SHEET INVESTMENT FUND, <br><br><br> Nominal Defendant. | Civil Action No. 04-11195 (MLW) <br><br><br> **STIPULATION** |

All parties, by their counsel, stipulate and agree as follows:

1.    This action be and it hereby is dismissed as against each of Messrs. Crohn, Greenwald, Rubens and Rubin, without prejudice, and their names shall no longer be included in the caption of any papers filed in this action;

2.    All defendants agree that the issue of failure to make pre-suit demand on the Trustees, with respect to all claims against the defendants Franklin/Templeton Distributors, Inc. and William J. Lippman, is waived, and will not be raised at any time in the future in this action. Franklin/Templeton Distributors, Inc. and William J. Lippman further agree that the issues of lack of personal jurisdiction and improper venue are also waived as to them, and will not be raised at any time in the future in this action;

3.    Franklin/Templeton Distributors, Inc. and William J. Lippman shall have until on or before November 17, 2004 to serve their reply papers on the Motion to Dismiss.

/s/ Edward F. Haber
Edward F. Haber (BBO No. 215620)
Theodore M. Hess-Mahan (BBO No. 557109)
Shapiro Haber & Urmy LLP
Exchange Street
53 State Street
Boston, MA 02109
Tel.  (617) 439-3939
Fax (617) 439-0134

Attorneys for Plaintiff

/s/ Martin I. Kaminsky
Daniel A. Pollack
Martin I. Kaminsky
Pollack & Kaminsky
114 West 47th Street
New York, New York 10036
Tel. (212) 575-4700
Fax (212) 575-6560

Attorneys  for  Franklin/Templeton  Distributors, Inc. and William J. Lippman

/s/ Stuart Glass
James S. Dittmar BBO No. 126320
Stuart Glass BBO No. 641466
Goodwin Procter LLP
Exchange Place
53 State Street

Boston, Massachusetts 02109
Tel. (617) 570-1000
Fax (617) 227-8591

Attorneys for Messrs. Crohn, Greenwald, Rubens and Rubin

Dated:   October 29, 2004

So Ordered:

Mark L. Wolf
United States District Judge.