UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric R. Bahe, Custodian, CGM Roth Conversion IRA,<br><br>     Plaintiff,<br><br>  -against-<br><br>Franklin/Templeton Distributors, Inc., Frank T. Crohn, Burton J. Greenwald, Charles Rubens II, Leonard Rubin And William J. Lippman,<br><br>     Defendants,<br>  -and-<br><br>Franklin Balance Sheet Investment Fund,<br><br>     Nominal Defendant. | Civil Action No.<br>04-11195 (MLW) |

**SUPPLEMENTAL ADDENDUM VOLUME OF DEFENDANT**
**FRANKLIN/TEMPLETON DISTRIBUTORS, INC.**

## **TABLE OF CONTENTS**

Supplemental Addendum E          Section 22(b) of the Investment Company Act

Supplemental Addendum F          Order Approving Proposed Rule Change by NASD dated October 10, 1975

Supplemental Addendum G          NASD Letter to SEC dated September 12, 1991

Supplemental Addendum H          Notice of Filing and Immediate Effectiveness of Proposed Rule Change by NASD dated April 8, 1993

Supplemental Addendum I          Memorandum, "Chairman Dingell's Inquiry Concerning Rule 12b-1 Fees," Deputy Director, SEC Div. of Inv. Mgt., dated August 16, 1993

Supplemental Addendum J          SEC Release on Proposal to Prohibit the Use of Brokerage Commissions to Finance Distribution dated February 24, 2004

Supplemental Addendum K          Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiff's First Amended Complaint in <u>Pfeiffer</u> v. <u>Bjurman, Barry & Assocs</u>.

Supplemental Addendum L          Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss in <u>Pfeiffer</u> v. <u>Bjurman, Barry & Assocs</u>.