*SUPPLEMENTAL ADDENDUM E*

Ch. 2D   INVESTMENT COMPANIES AND ADVISERS   15 § 80a–22

(b) such person controls or is under common control with such registered company; except that the provisions of this paragraph shall not apply to any loan from a registered company to a company which owns all of the outstanding securities of such registered company, except directors' qualifying shares.

(Aug. 22, 1940, c. 686, Title I, § 21, 54 Stat. 822; Dec. 4, 1987, Pub.L. 100–181, Title VI, § 615, 101 Stat. 1262.)

### HISTORICAL AND STATUTORY NOTES

**Revision Notes and Legislative Reports**
1987 Acts. Senate Report No. 100–105, see 1987 U.S. Code Cong. and Adm. News. p. 2089.

**Amendments**
1987 Amendments. Subsec. (b). Pub.L. 100–181 struck out "to the extension or renewal of any such loan made prior to March 15, 1940, or" after "shall not apply".

### LIBRARY REFERENCES

**American Digest System**
Investment company regulation in general, see Securities Regulation ⚖=211 et seq.

**Encyclopedias**
Investment company regulation in general, see C.J.S. Securities Regulation and Commodity Futures Trading Regulation § 332 et seq.

### WESTLAW ELECTRONIC RESEARCH

Securities regulation cases: 349Bk[add key number].
See, also, WESTLAW guide following the Explanation pages of this volume.

### § 80a–22.  Distribution, redemption, and repurchase of securities; regulations by securities associations

**(a) Rules relating to minimum and maximum prices for purchase and sale of securities from investment company; time for resale and redemption**

A securities association registered under section 78o–3 of this title may prescribe, by rules adopted and in effect in accordance with said section and subject to all provisions of said section applicable to the rules of such an association—

(1) a method or methods for computing the minimum price at which a member thereof may purchase from any investment company any redeemable security issued by such company and the maximum price at which a member may sell to such company any redeemable security issued by it or which he may receive for such security upon redemption, so that the price in each case will bear such relation to the current net asset value of such security computed as of such time as the rules may prescribe; and

441

**15 § 80a-22**  COMMERCE AND TRADE  **Ch. 2D**

(2) a minimum period of time which must elapse after the sale or issue of such security before any resale to such company by a member or its redemption upon surrender by a member;

in each case for the purpose of eliminating or reducing so far as reasonably practicable any dilution of the value of other outstanding securities of such company or any other result of such purchase, redemption, or sale which is unfair to holders of such other outstanding securities; and said rules may prohibit the members of the association from purchasing, selling, or surrendering for redemption any such redeemable securities in contravention of said rules.

**(b) Rules relating to purchase of securities by members from issuer investment company**

(1) Such a securities association may also, by rules adopted and in effect in accordance with section 78o-3 of this title, and notwithstanding the provisions of subsection (b)(6) thereof but subject to all other provisions of said section applicable to the rules of such an association, prohibit its members from purchasing, in connection with a primary distribution of redeemable securities of which any registered investment company is the issuer, any such security from the issuer or from any principal underwriter except at a price equal to the price at which such security is then offered to the public less a commission, discount, or spread which is computed in conformity with a method or methods, and within such limitations as to the relation thereof to said public offering price, as such rules may prescribe in order that the price at which such security is offered or sold to the public shall not include an excessive sales load but shall allow for reasonable compensation for sales personnel, broker-dealers, and underwriters, and for reasonable sales loads to investors. The Commission shall on application or otherwise, if it appears that smaller companies are subject to relatively higher operating costs, make due allowance therefor by granting any such company or class of companies appropriate qualified exemptions from the provisions of this section.

(2) At any time after the expiration of eighteen months from December 14, 1970 (or, if earlier, after a securities association has adopted for purposes of paragraph (1) any rule respecting excessive sales loads), the Commission may alter or supplement the rules of any securities association as may be necessary to effectuate the purposes of this subsection in the manner provided by section 78s(c) of this title.

(3) If any provision of this subsection is in conflict with any provision of any law of the United States in effect on December 14, 1970, the provisions of this subsection shall prevail.