UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,<br><br>    Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>    Nominal Defendant. | Civil Action No. 04-11195 (MLW) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The Plaintiff, Eric R. Bahe and his undersigned counsel hereby certify that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

*Eric R. Bahe* (signature)
Eric R. Bahe

*Edward F. Haber* (signature)
Edward F. Haber, Esq. (BBO #215620)
Christine E. Morin, Esq. (BBO #600237)
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street, 37th Fl.
Boston, MA 02109
(617) 439-3939

OF COUNSEL:

Robert C. Schubert, Esq.
Schubert & Reed, LLP
Two Embarcadero Center
Suite 1660
San Francisco, CA 94111
(415) 788-4220