UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric R. Bahe, Custodian, CGM Roth Conversion IRA, <br><br> Plaintiff, <br><br> -against- <br><br> Franklin/Templeton Distributors, Inc., Frank T. Crohn, Burton J. Greenwald, Charles Rubens II, Leonard Rubin And William J. Lippman, <br><br> Defendants, <br> -and- <br><br> Franklin Balance Sheet Investment Fund, <br><br> Nominal Defendant. | Civil Action No. 04-11195 (MLW) <br><br> Stipulation |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Defendants and their undersigned counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
B. Green, Secretary
Franklin/Templeton Distributors, Inc.

_____
William J. Lippman

Pollack & Kaminsky

by *[signature]*
Daniel A. Pollack

114 West 47th Street
New York, New York 10036
Tel. (212) 575-4700
Fax (212) 575-6560

*Attorneys for Franklin/Templeton Distributors, Inc. and William J. Lippman*