UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC R. BAHE,                )
    Plaintiff,          )
                        )
    v.                  )    C.A. No. 04-11195-MLW
                        )
FRANKLIN/TEMPLETON           )
DISTRIBUTORS, ET AL.,        )
    Defendants.         )

ORDER

WOLF, D.J.                                          November 23, 2004

It is hereby ORDERED that:

1.   Plaintiff's Motion for Case Reassignment (Docket No. 9) is DENIED. Yameen v. Eaton Vance Distributors, Inc., 03-CV-12437 was initially reassigned from Judge Lindsay to Judge Gorton when a Boston docket was being established for Judge Gorton in connection with his transfer from Worcester. When Judge Gorton recused himself, the case was erroneously randomly redrawn to Judge Tauro rather than returned to Judge Linsday. The ultimate reassignment of the case to Judge Lindsay corrected this error.

The instant case has been assigned to this court pursuant to the District Court's standard procedures. Therefore, the motion to reassign to Judge Saris has been denied.

2.   The November 29, 2004 hearing and conference is RESCHEDULED for January 11, 2004, at 10:30 a.m.


                                  /s/ MARK L. WOLF
                                UNITED STATES DISTRICT JUDGE