UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,<br><br>    Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>    Nominal Defendant. | Civil Action No. 04-11195 (MLW) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Christine E. Morin of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Plaintiff, Eric R. Bahe, Custodian, CGM Roth Conversion IRA, in the above-captioned matter.

Dated: November 23, 2004.

            Respectfully submitted,

            /s/Christine E. Morin
            Christine E. Morin BBO No. 600237
            Shapiro Haber & Urmy LLP
            Exchange Place
            53 State Street
            Boston, MA 02109
            (617) 439-3939