# POLLACK & KAMINSKY

114 WEST 47TH STREET, NEW YORK, NEW YORK 10036

TEL: (212) 575-4700

FAX: (212) 575-6560

DANIEL A. POLLACK
MARTIN I. KAMINSKY
EDWARD T. McDERMOTT

W. HANS KOBELT
JUSTIN CHU
ANTHONY ZACCARIA

December 27, 2004

**By Federal Express**

Honorable Mark L. Wolf
United States District Judge
U.S. District Court for the
  District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

       re:   <u>Bahe v. Franklin/Templeton Distributors, Inc</u>.
            Civil Action No. 04-11195 (MLW)

Dear Judge Wolf:

    I respectfully request that, if possible, Your Honor move the hour of the hearing on the Motion to Dismiss now set for Tuesday, January 11 at 10:30 a.m. to 12:30 p.m. that same day or, if that is not convenient, to any other later hour that afternoon which may be more convenient for Your Honor.

    The reason for this request is that I will be traveling to Boston by train that day from New York City. The 8:03 a.m. train arrives in Boston at 11:27 a.m. and I should be able to be at the Courthouse, even allowing for normal travel delay, by 12:30 p.m.

    Thank you, in advance, for any accommodation you may be able to afford me on the hour of the oral argument.

                                          Respectfully,

                                          Daniel A. Pollack
                                          Counsel for Franklin/Templeton
                                            Distributors, Inc. and
                                          William J. Lippman

cc:   Edward F. Haber, Esq. (By FAX)
       Counsel for Plaintiff

      Dennis O'Leary, Clerk  (By FAX)

# POLLACK & KAMINSKY

114 WEST 47TH STREET, NEW YORK, NEW YORK 10036

TEL: (212) 575-4700

FAX: (212) 575-6560

DANIEL A. POLLACK
MARTIN I. KAMINSKY
EDWARD T. McDERMOTT

W. HANS KOBELT
JUSTIN CHU
ANTHONY ZACCARIA

December 27, 2004

**By Federal Express**

Honorable Mark L. Wolf
United States District Judge
U.S. District Court for the
  District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

        re:  <u>Bahe v. Franklin/Templeton Distributors, Inc.</u>
             Civil Action No. 04-11195 (MLW)

Dear Judge Wolf:

    I respectfully request that, if possible, Your Honor move the hour of the hearing on the Motion to Dismiss now set for Tuesday, January 11 at 10:30 a.m. to 12:30 p.m. that same day or, if that is not convenient, to any other later hour that afternoon which may be more convenient for Your Honor.

    The reason for this request is that I will be traveling to Boston by train that day from New York City. The 8:03 a.m. train arrives in Boston at 11:27 a.m. and I should be able to be at the Courthouse, even allowing for normal travel delay, by 12:30 p.m.

    Thank you, in advance, for any accommodation you may be able to afford me on the hour of the oral argument.

                                          Respectfully,

                                          Daniel A. Pollack
                                          Counsel for Franklin/Templeton
                                            Distributors, Inc. and
                                          William J. Lippman

cc:    Edward F. Haber, Esq.  (By FAX)
        Counsel for Plaintiff

        Dennis O'Leary, Clerk  (By FAX)