UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric R. Bahe, Custodian, CGM Roth Conversion IRA,<br><br>                  Plaintiff,<br><br>         -against-<br><br>Franklin/Templeton Distributors, Inc. and William J. Lippman,<br><br>                 Defendants,<br>         -and-<br><br>Franklin Balance Sheet Investment Fund,<br><br>             Nominal Defendant. | Civil Action No.<br>04-11195 (MLW)<br><br>**Motion for Continuance<br>of Oral Argument** |

State of New York    )
                          ) ss.:
County of New York )

Daniel A. Pollack, being duly sworn, deposes and says:

1. I am Counsel to Defendants Franklin Distributors and William Lippman in this action.

2. Our Motion to Dismiss is scheduled to be heard tomorrow, February 10, at 3:00 p.m.

3. In view of the severe snow warnings in the New York-Boston area for tomorrow, I respectfully request that the oral argument in this action be re-set for any date convenient for the Court in the month of March.

4. No prior request has been made by the undersigned for a continuance.

_Daniel A. Pollack_
Daniel A. Pollack

Subscribed and sworn to before me
this 9th day of March, 2004.

_____
Notary Public

W. HANS KOBELT
Notary Public, State of New York
No. 31-4830726
Qualified in New York County
Commission Expires April 18, 20___

2