UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ERIC BAHE**

                                      CIVIL ACTION
                                      NO. 04-11195-MLW

    v

**FRANKLIN TEMPLETON DISTRIBUTORS et al**


**NOTICE**

**WOLF, D.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been set for a **MOTION HEARING/SCHEDULING CONFERENCE** on to MOTION TO DISMISS on **MARCH 17, 2005** at **3:00** P.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.


                                                       TONY ANASTAS, CLERK


**March 2, 2005**                            By:    /s/ Dennis O'Leary
**Date**                                                 Deputy Clerk


**Notice mailed to:**
(notice.frm - 10/96)                                                        [ntchrgcnf.]