## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,**<br><br>          **Plaintiff,**<br><br>     **v.**<br><br>**FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,**<br><br>          **Defendants, and**<br><br>**FRANKLIN BALANCE SHEET INVESTMENT FUND,**<br><br>          **Nominal Defendant.** | **Civil Action No.  04-11195 (MLW)** |

### NOTICE OF APPEARANCE

        Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Lara A. Sutherlin of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for the Plaintiffs in the above-captioned matter.

Dated: March 16, 2005.

                         Respectfully submitted,


                         **/s/Lara A. Sutherlin**
                         Lara A. Sutherlin BBO#651267
                         Shapiro Haber & Urmy LLP
                         75 State Street
                         Boston, MA 02109
                         Telephone:  (617) 439-3939
                         Facsimile:  (617) 439-0134
                         e-Mail:  Lsutherlin@shulaw.com