UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11195

| Eric Bahe et al | Franklin/Templeton Distributors |
|---|---|
| PLAINTIFF | DEFENDANT |
| Edward Haber | Daniel Pollack |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 3/17/05 | Court listens to oral arguments on the pending motions to dismiss. |
| | Court denies the defendants motion to dismiss. Court does not address the merits of the arguments that were raised for the first time during oral argument. Court directs the parties to order the transcript from today's hearing |