```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

ERIC. R. BAHE,                         )
    Plaintiff                          )
                                       )
    v.                                 )   C. A. No. 04-11195-MLW
                                       )
FRANKLIN/TEMPLETON DISTRIBUTORS,       )
et al.,                                )
        Defendants.                  )

<u>ORDER</u>

WOLF, D.J.                                              March 21, 2005

    For the reasons stated in court on March 17, 2005, it is hereby ORDERED that:

    1. The Motion of Defendants Franklin/Templeton Distributors, Inc. and William J. Lippman to Dismiss the Complaint (Docket No. 12) is DENIED.

    2. The parties shall abide by the attached Scheduling Order.

                                        <u>/s/ Mark L. Wolf</u>
                                        UNITED STATES DISTRICT JUDGE

1