UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric R. Bahe, Custodian, CGM Roth Conversion IRA,<br><br>          Plaintiff,<br><br>    -against-<br><br>Franklin/Templeton Distributors, Inc., and William J. Lippman,<br><br>          Defendants,<br>    -and-<br><br>Franklin Balance Sheet Investment Fund,<br><br>          Nominal Defendant. | Civil Action No.<br>04-11195 (MLW)<br><br>**STIPULATION** |

All parties, by their counsel, stipulate and agree that the time for Defendants to serve their Answer to the Complaint is extended to and including April 11, 2005.

Dated: April 1, 2005

SHAPIRO HABER & URMY LLP

by _____
     Edward F. Haber
53 State Street
Boston, Massachusetts 02109
Tel. (617) 439-3939
Fax (617) 439-0134

*Attorneys for Plaintiff*

POLLACK & KAMINSKY

by _____
     Daniel A. Pollack
     Edward T. McDermott

114 West 47th Street
New York, New York 10036
Tel. (212) 575-4700
Fax  (212) 575-6560

*Attorneys for Defendants*
*Franklin/Templeton Distributors, Inc.*
*and William J. Lippman*

So Ordered:

_____
Mark L. Wolf
United States District Judge