**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,<br><br>　　　　　　　Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>　　　　　　　Nominal Defendant. | Civil Action No. 04-11195 (MLW) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

　　　　Pursuant to Local Rule 83.5.2, Lara A. Sutherlin of Shapiro Haber & Urmy LLP hereby gives notice that she will no longer serve as counsel for Plaintiff in this action. Theodore M. Hess-Mahan of Shapiro Haber & Urmy LLP will continue to represent Plaintiff in this action.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　**/s/Lara S. Sutherlin**
　　　　　　　　　　　　　　　　　　　　　　Lara A. Sutherlin, BBO #651267
　　　　　　　　　　　　　　　　　　　　　　Shapiro Haber & Urmy LLP
　　　　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　(617) 439-3939

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: June 24, 2005