UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br>                    Plaintiff,<br><br>v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,<br><br>                    Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br>                    Nominal Defendant. | Civil Action No.  04-11195 (MLW) |

**JOINT MOTION TO EXTEND DEADLINE FOR MEETING TO EXPLORE SETTLEMENT AND REPORTING ON STATUS AND PROSPECTS FOR SETTLEMENT**

Now come all parties in the above referenced case and they respectfully move that this Court extend its deadline for meeting to explore settlement and submitting a report on the status and prospects for settlement from September 30, 2005 until October 14, 2005.

Dated: September 30, 2005

| | |
|---|---|
| Plaintiff Eric R. Bahe<br>by his Attorneys, | For Defendants Franklin/Templeton<br>Distributors, Inc. and William J. Lippman<br>by their Attorneys |
| /s/ Edward F. Haber<br>Edward F. Haber (BBO No. 215620)<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br>Tel.  (617) 439-3939 | /s/ Daniel A. Pollack<br>Daniel A. Pollack<br>Martin I. Kaminsky<br>Edward T. McDermott<br>Anthony Zaccaria<br>Pollack & Kaminsky<br>114 West 47th Street<br>Suite 1900<br>New York, NY 10036<br>Tel: (212) 575-4700 |
| Robert C. Schubert, Esq.<br>Juden Justice Reed, Esq.<br>Schubert & Reed, LLP<br>Two Embarcadero Center<br>Suite 1660<br>San Francisco, CA 94111<br>Tel:  (415) 788-4220 | |