UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>                              Plaintiff,<br><br>    v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,<br><br>                          Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>                          Nominal Defendant. | Civil Action No. 04-11195 (MLW) |

## REPORTING ON STATUS AND PROSPECTS FOR SETTLEMENT

      Attorneys Edward F. Haber and Daniel A. Pollack had a productive conversation regarding a possible resolution of this action. However, as of the date of this filing, there is no immediate prospect of settlement.

Dated: October 12, 2005

Respectfully submitted,

| | |
|---|---|
| Plaintiff Eric R. Bahe<br>by his Attorneys, | Defendants Franklin/Templeton<br>Distributors, Inc. And William J. Lippman<br>by their Attorneys |

/s/ Edward F. Haber
Edward F. Haber (BBO No. 215620)
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939

Robert C. Shubert, Esq.
Juden Justice Reed, Esq.
Schubert & Reed LLP
Two Embarcadero Center
Suite 1660
San Francisco, CA 94111
Tel: (415) 788-4220

/s/ Daniel A. Pollack
    Daniel A. Pollack
Martin I. Kaminsky
Edward T. McDermott
Anthony Zaccaria
114 West 47th Street
Suite 1900
New York, NY 10036
Tel: (212) 575-4700