UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,

       Plaintiff,

v.

FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,

       Defendants, and

FRANKLIN BALANCE SHEET INVESTMENT FUND,

       Nominal Defendant.

Civil Action No.  04-11195 (MLW)

## PLAINTIFF'S ASSENTED TO MOTION TO AMEND SCHEDULING ORDER

Plaintiff Eric R. Bahe hereby moves this Court to amend paragraph 11 of the Scheduling Order entered in this action on March 21, 2005, so that the paragraph would provide as follows:

11. Plaintiff(s) and/or Counterclaim or Third Party Plaintiff(s) shall by <u>January 17, 2006</u> designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2), concerning each expert.  Each other party shall by <u>March 6, 2006</u> designate expert(s) and disclose the information described in Fed. R. Civ. P. 26(a)(2).

The amendment requested herein would extend by forty-five days the deadlines for designating experts and submitting expert reports.  The requested amendment

would not extend or change the other dates set forth in the Court's Scheduling Order.

The defendants have assented to this motion.

Dated:      November 29, 2005                    Respectfully submitted,


                                                 **/s/ Edward F. Haber**
                                                 Edward F. Haber BBO # 215620
                                                 SHAPIRO HABER & URMY LLP
                                                 Exchange Place
                                                 53 State Street
                                                 Boston, MA 02109
                                                 Tel.  (617) 439-3939
                                                 Fax (617) 439-0134


                                                 Robert C. Shubert, Esq.
                                                 Juden Justice Reed, Esq.
                                                 Schubert & Reed LLP
                                                 Two Embarcadero Center
                                                 Suite 1660
                                                 San Francisco, CA 94111
                                                 Tel: (415) 788-4220


                                                 Attorneys for Plaintiff


The Defendants assent to this motion:


**/s/ Daniel A. Pollack**
Daniel A. Pollack
Martin I. Kaminsky
Edward T. McDermott
Anthony Zaccaria
114 West 47th Street
Suite 1900
New York, NY 10036
Tel: (212) 575-4700

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      I, Edward F. Haber, counsel for the plaintiff, hereby certify pursuant to Rule 7.1, I conferred with defendant's counsel, Daniel Pollack, who stated that defendants assent to the allowance of this motion.

      **/s/ Edward F. Haber**
      Edward F. Haber