## Allison Newman

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Wednesday, May 10, 2006 1:37 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-11195-MLW Bahe v. Franklin/Templeton Distributors, Inc. et al "Terminated Case"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Boyce, Kathy entered on 5/10/2006 at 1:37 PM EDT and filed on 5/10/2006

**Case Name:**     Bahe v. Franklin/Templeton Distributors, Inc. et al
**Case Number:**   1:04-cv-11195
**Filer:**
**WARNING: CASE CLOSED on 05/10/2006**
**Document Number:**

**Docket Text:**
Civil Case Terminated. (Boyce, Kathy)

The following document(s) are associated with this transaction:

**1:04-cv-11195 Notice will be electronically mailed to:**

Edward F. Haber     ehaber@shulaw.com, anewman@shulaw.com

Theodore M. Hess-Mahan     ted@shulaw.com

Daniel Pollack     dapollack@pollacklawfirm.com

**1:04-cv-11195 Notice will not be electronically mailed to:**

6/9/2006