UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>                                    Plaintiff,<br><br>          v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,<br><br>                    Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>                    Nominal Defendant. | Civil Action No.  04-11195 (MLW) |

### Declaration of Carmen Iguina

I, Carmen Iguina, hereby declare as follows:

1. I am a legal assistant employed by the law firm of Shapiro Haber & Urmy LLP, which represents the plaintiff in this action. I make this declaration based on my own personal knowledge.

2. On July 13, 2006, I corresponded via e-mail with Adam Levine, Senior Account Executive for Miller Legal Services, a division of Miller Advertising Agency, Inc., from whom I requested proof materials and a price quote for publishing a legal notice in the *Investor's Business Daily*. Attached hereto as Exhibit A is a true and correct copy of the proof materials and price quote I received from Mr. Levine.

3.     On July 13, 2006, I corresponded via e-mail with Charles Brown, Account Executive for *Investor's Business Daily*, from whom I requested information on the readership of the *Investor's Business Daily*. Attached hereto as Exhibit B is a true and correct copy of the materials I received from Mr. Brown.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of July 2006.

> **/s/ Carmen Iguina**
> Carmen Iguina

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 14th day of July, 2006.

> **/s/ Edward F. Haber**
> Edward F. Haber