# Exhibit B

# Your legal notices will reach over 720,000[1] readers!

# Investor's Business Daily®

The ideal publication for your financial legal notices

**IBD™ is the premier national publication for the serious investor.**

- Almost 40% hold the Top title 3 Job Title of CEO/CFO/COO [2]
- 53% are Professionals/Managers [2]
- 23% are employed in Finance, Insurance and/or Real Estate [2]
- Our readers use IBD as a research tool
- 82% of our readers do NOT read The New York Times regularly and 65% do NOT read The Wall Street Journal regularly [2]

Your notice will not only appear in the legal notice section of IBD™, but will also run on **Investors.com** under:

## *National Business Marketplace--Legal Notices*

We also promptly send out tear sheets with affidavit of publication.

**For more information about rates and to place your notice, call** Charles Brown **at 310-448-6741**

1. Source: 2004 Audit Bureau of Circulations
2. Source: 2003 Mendelsohn Affluent Survey, HHI $75k+

# INVESTOR'S BUSINESS DAILY®

www.investors.com

## "Attention Advertisers"

If you are looking for a wealthy business and investment minded audience, Investor's Business Daily offers the following four advertising opportunities.

1. **Premiere Properties & Resorts** - Section runs every Friday.
   Ideal for exclusive residential & commercial real estate, investments, real estate auctions, etc.

2. **The National Business Marketplace** - Classifieds runs daily Mon.-Fri.
   Suited for stock/futures trading services, investments, seminars, business, classifieds, etc.

3. **Pre-Printed Inserts** - Inserts are a max. size of 9"x12", and can be placed national or regional into the area you desire.

4. **www.Investors.com** - Web advertising, CPM based, Min. of $5,000 net,
   Our website gets over 4 million impressions daily, and 82.4% of paid newspaper subscribers are registered as online users.

### Reasons to advertise with IBD:

- Unduplicated audience  • Readers average net worth is $1.6 million
- 39% of readers are C-Level executives & decision makers
- investors.com gets 4 million page views per day
- Get exposure to some of the most successful investors & entrepreneurs
- National exposure • 750,000 readers • 85% do not read the New York Times
- 65% of our readers do not read the Wall Street Journal
- Add readers to your advertising program Now!

*Mission Statement:* *To Provide to you our client the best advertising service in a professional and courteous manner by assisting you from the initial concept to realization.*

**Please contact us for pricing & a customized advertising proposal.**

**call: 1-310-448-6741** or email us at: **Charles.Brown@investors.com**