UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric R. Bahe, Custodian, CGM Roth Conversion IRA,<br><br>    Plaintiff,<br><br>  -against-<br><br>Franklin/Templeton Distributors, Inc., Frank T. Crohn, Burton J. Greenwald, Charles Rubens II, Leonard Rubin And William J. Lippman,<br><br>    Defendants,<br>  -and-<br><br>Franklin Balance Sheet Investment Fund,<br><br>    Nominal Defendant. | Civil Action No.<br>04-11195 (MLW)<br><br>**Affidavit of David Goss** |

State of California  )
         ) ss.:
County of San Mateo )

David Goss, being duly sworn, deposes and says:

I am Senior Associate General Counsel of Franklin Resources, Inc., the parent company of Defendant Franklin Templeton Distributors, Inc.

I submit this Affidavit to provide certain information requested by the Court in connection with the Stipulation of Dismissal of this action.

Our records indicate that Franklin Balance Sheet Investment Fund, the fund involved in this action, has 86,460 registered beneficial owners, and that there are 32,400 registered financial advisors who represent beneficial owners.

2

My staff has calculated the cost of printing a letter, printing envelopes and mailing envelopes to these registered and beneficial account owners and financial advisors, and the cost is $56,205.45. Attached as Exhibit A is a chart with the breakdown of these costs.

　　　　　　　　　　　　　　　　　　　　　　　　　／s/ David P. Goss
　　　　　　　　　　　　　　　　　　　　　　　　　David Goss

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of  San Mateo  } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

Signature of Document Signer No. 1            Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

12th day of July, 2006, by

(1) David Goss
     Name of Signer

☒ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)
(and

(2) _____
     Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

*Joyce L. Sanns*
Signature of Notary Public

[Notary Seal: JOYCE L. SANNS, Commission # 1377305, Notary Public - California, San Mateo County, My Comm. Expires Sep 29, 2006]

Place Notary Seal Above

———— OPTIONAL ————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit of David Goss

Document Date: 7/12/06    Number of Pages: 3

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827

**Certificate of Service**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 14th day of July, 2006.

                                              **/s/ Edward F. Haber**
                                              Edward F. Haber