**Printing & Mailing Cost - Franklin Balance Sheet Fund**

|  | Cost | Total Qty |
|---|---|---|
| **Letter-Printing** | | |
| Registered - Beneficial - FA | $1,335.85 | 86,460 |
| | | |
| **#10 Envelope-Printing** | | |
| Registered -FA | $1,196.00 | 32,400 |
| | | |
| **Mailing Includes Postage** | | |
| Registered | $7,114.20 | 19,200 |
| FA | $4,933.20 | 13,200 |
| Beneficial includes envelopes | $41,626.20 | 54,060 |
| | | |
| **Total Cost** | **$56,205.45** | |