UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric R. Bahe, Custodian, CGM Roth Conversion IRA, )<br><br>Plaintiff, )<br><br>-against- )<br><br>Franklin/Templeton Distributors, Inc., Frank T. Crohn, Burton J. Greenwald, Charles Rubens II, Leonard Rubin And William J. Lippman, )<br><br>Defendants, )<br>-and- )<br><br>Franklin Balance Sheet Investment Fund, )<br><br>Nominal Defendant. ) | Civil Action No.<br>04-11195 (MLW)<br><br>**Corrected<br>Affidavit of David Goss** |

State of California    )
                       ) ss.:
County of San Mateo    )

David Goss, being duly sworn, deposes and says:

I am Senior Associate General Counsel of Franklin Resources, Inc., the parent company of Defendant Franklin Templeton Distributors, Inc.

I submit this Affidavit to provide certain information requested by the Court in connection with the Stipulation of Dismissal of this action.

Our records indicate Franklin Balance Sheet Investment Fund, the fund involved in this action, has 73,260 registered and beneficial account owners. In addition, there are 13,200

registered financial advisors, who represent the account owners, for an aggregate mail count of 86,460.

Our standard mailing practice is to mail all account owner communications not only to the account owner but also to the financial advisor of record for the account. My staff has calculated the cost of printing a letter, printing envelopes and mailing envelopes to these registered and beneficial account owners and financial advisors, and the cost is $56,205.45. Attached as Exhibit A is a chart with the breakdown of these costs.

_____
David Goss

```
State of California  )
                     ) ss.
County of San Mateo  )
```

Subscribed and sworn to (or affirmed) before me on this 17th day of July, 2006 by David Goss, (X) personally known to me (—) proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
signature of Notary Public



JOYCE L. SANNS
Commission # 1377305
Notary Public - California
San Mateo County
My Comm. Expires Sep 29, 2006

**Printing & Mailing Cost - Franklin Balance Sheet Fund**

|  | Cost | Total Qty |
|---|---|---|
| **Letter-Printing** | | |
| Registered - Beneficial - FA | $1,335.85 | 86,460 |
| **#10 Envelope-Printing** | | |
| Registered -FA | $1,196.00 | 32,400 |
| **Mailing Includes Postage** | | |
| Registered | $7,114.20 | 19,200 |
| FA | $4,933.20 | 13,200 |
| Beneficial includes envelopes | $41,626.20 | 54,060 |
| **Total Cost** | **$56,205.45** | |