```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

ERIC R. BAHE,                      )
    Plaintiff                      )
                                   )
        v.                         )   C.A. No. 04-11195-MLW
                                   )
FRANKLIN/TEMPLETON DISTRIBUTORS,   )
et al.,                            )
    Defendants.                    )

<u>ORDER</u>

WOLF, D.J.                                      September 8, 2006

For the reasons stated in the lobby on September 7, 2006, it is hereby ORDERED that:

1. The parties shall, by the close of business on September 12, 2006, file a revised notice and a press release that contains the changes outlined by the court. Both the revised notice and the press release shall contain: the name and number of the case in large and/or bold type; the address of the court; and shall state that any objection to the settlement shall be filed by October 20, 2006.

2. The parties shall, by September 19, 2006, publish the legal notice in Investors Business Daily and cause the press release to be distributed to the financial wire services.

3. The parties shall, by October 30, 2006, file a renewed motion to enter dismissal with a supporting memorandum of law.

4. A hearing, if necessary, will be scheduled by the court.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE