UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>                                Plaintiff,<br><br>     v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,<br><br>                                Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>                                Nominal Defendant. | Civil Action No. 04-11195 (MLW) |

## [PROPOSED] ORDER

The Court has reviewed the proposed Notice and Press Release submitted by Plaintiff as Exhibits A and B to the Proposed Notice Pursuant to the Court's Order of September 8, 2006.  The Court approves the publication of the Notice in the *Investor's Business Daily* on or before September 19, 2006, and the issuance of the Press Release, by Plaintiff's counsel, on Business Wire, on or before September 19, 2006.

Dated: September ___, 2006

_____
Mark L. Wolf
Chief Judge