```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


ERIC R. BAHE,                        )
     Plaintiff                       )
                                     )
        v.                           )    C.A. No. 04-11195-MLW
                                     )
FRANKLIN/TEMPLETON DISTRIBUTORS,     )
et al.,                              )
     Defendants.                     )
```

ORDER

WOLF, D.J.                                        September 19, 2006

The court has reviewed the proposed notice submitted by the plaintiff and hereby approves the same. The plaintiff shall publish the revised legal notice and issue the press release forthwith.

```
                                 /s/ Mark L. Wolf
                                 UNITED STATES DISTRICT JUDGE
```