UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC R. BAHE, Custodian, CGM Roth Conversion IRA,<br><br>          Plaintiff,<br><br>  v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., and WILLIAM J. LIPPMAN,<br><br>         Defendants, and<br><br>FRANKLIN BALANCE SHEET INVESTMENT FUND,<br><br>         Nominal Defendant. | Civil Action No. 04-11195 (MLW) |

**DECLARATION OF CARMEN IGUINA IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR APPROVAL OF THE PARTIES' STIPULATION OF DISMISSAL**

I, Carmen Iguina, hereby declare as follows:

1. I am a legal assistant employed by the law firm of Shapiro Haber & Urmy LLP, which represents the plaintiff in this action. I make this declaration based on my own personal knowledge.

2. On September 20, 2006, I submitted, through Adam Levine, Senior Account Executive for Miller Legal Services, a division of Miller Advertising Agency, Inc., a legal notice for publication on September 22, 2006 under the Legal Notices banner in the Classified Section of the *Investor's Business Daily*. Attached hereto as Exhibit A is a true and correct copy of that legal notice as published in the *Investor's Business Daily* on September 22, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of the affidavit of Charles Brown, Account Executive for *Investor's Business Daily*, confirming publication of the legal notice in *Investor's Business Daily* on September 22, 2006.

4. On September 19, 2006, I submitted a notice for immediate release in the National Circuit of *Business Wire*. The notice was released on September 20, 2006. Attached hereto as Exhibit B is a true and correct copy of the notice as published by *Business Wire* on September 20, 2006.

5. At noon on October 30, 2006 I logged on to the Court's online docket on PACER. According to the Court's online docket, no objections to the dismissal of this action had been filed as of the October 20, 2006 deadline established by the Court, and no objections have been filed with the Court as of noon on October 30, 2006

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of October, 2006.

/s/ Carmen Iguina
Carmen Iguina

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 30th day of October, 2006.

/s/ Edward F. Haber
Edward F. Haber