```
ERIC R. BAHE,                      )
     Plaintiff                     )
          v.                       )   C.A. No. 04-11195-MLW
                                   )
FRANKLIN/TEMPLETON DISTRIBUTORS,   )
et al.,                            )
     Defendants.                   )
```

## ORDER

WOLF, D.J.                                              November 21, 2006

On September 8, 2006, the court ordered the parties to publish legal notice in Investors Business Daily and cause a press release to be distributed to the financial wire services indicating that the case was being settled and voluntarily dismissed, and that any objection to the settlement shall be filed by October 20, 2006.  No objection has been filed.

Accordingly, it is hereby ORDERED that this action is DISMISSED, pursuant to the parties' stipulation, with prejudice to the plaintiff, and without prejudice to the nominal defendant Franklin Balance Sheet Investment Fund and any shareholders of the Fund other than the plaintiff, and without costs awarded to either party.

```
                                        /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE
```